## WILLIAM CLAYTON *versus* ROBERT SMART

JOURNAL ENTRIES (1820–21): *Journal 3:* (1) Rule to join in error *p. 85; (2) judgment *p. 255.

PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) precipe for certiorari; (3) writ of habeas corpus; (4) writ of certiorari; (5) transcript of county court record; (6) appearance bond.

*Office Docket*, MS p. 148, c. 69. Recorded in *Book A*, MS pp. 290–95.